Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Carmin Grissom

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | Case No. CR-F-05-0469 OWW |
| ) | |
| Plaintiff,                ) | STIPULATION AND ORDER TO |
| ) | RESET HEARING DATE |
| vs.                ) | |
| ) | |
| CARMIN GRISSOM, et al.,                ) | |
| ) | |
| Defendant.                ) | |

THE PARTIES HEREBY STIPULATE to reset the status conference currently set in this matter for May 22, 2006 to June 5, 2006 at 9:00 a.m., to allow the parties to pursue negotiations, and complete discovery and investigations in preparation for trial.

SO STIPULATED.

Dated:  May 17, 2006          McGREGOR W. SCOTT
                              United States Attorney


                              By:      /s/ Karen Escobar
                                    KAREN ESCOBAR
                                    Assistant U.S. Attorney


Dated:  May 17, 2006                  /s/ Carolyn D. Phillips
                                    CAROLYN D. PHILLIPS
                                    Attorney for Defendant Carmin Grissom


Dated:  May 17, 2006                  /s/ Eric Fogderude

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Grissom, CR F -05-0469 OWW*  1

ERIC FOGDERUDE
Attorney for Defendant Jose Hinojosa

# ORDER

IT IS ORDERED that the status conference hearing in the matter of <u>United States v. Hinojosa</u>, Case No. 05-0469 be reset from May 22, 2006 at 9:00 a.m., to June 5, 2006 at 9:00 a.m.

Dated:    May 19, 2006           /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER, Judge
                                 United States District Court
                                 Eastern District of California

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Grissom, CR F -05-0469 OWW*  2

PDF created with pdfFactory trial version www.pdffactory.com