Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Carmin Grissom

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-05-0469 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | RESET HEARING DATE |
| vs. ) | |
| ) | |
| CARMIN GRISSOM, et al., ) | |
| ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE to reset the status conference currently set in this matter for June 5, 2006 to July 17, 2006 at 9:00 a.m., to allow the parties to pursue negotiations, and complete discovery and investigations in preparation for trial.

SO STIPULATED.

Dated:  June 1, 2006          McGREGOR W. SCOTT
                              United States Attorney


                              By:   /s/ Karen Escobar
                                    KAREN ESCOBAR
                                    Assistant U.S. Attorney


Dated:  June 1, 2006                /s/ Carolyn D. Phillips
                                    CAROLYN D. PHILLIPS
                              Attorney for Defendant Carmin Grissom


Dated:  June 1, 2006                /s/ Eric Fogderude

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Grissom, CR F -05-0469 OWW*   1

1  ERIC FOGDERUDE
   Attorney for Defendant Jose Hinojosa

2

3

## ORDER

IT IS ORDERED that the status conference hearing in the matter of <u>United States v. Grissom</u>, Case No. 05-0469 be reset from June 5, 2006 at 9:00 a.m., to July 17, 2006 at 9:00 a.m.

Dated:     June 5, 2006          /s/ OLIVER W. WANGER
                                 **OLIVER W. WANGER, Judge**
                                 **United States District Court**
                                 **Eastern District of California**

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Grissom, CR F -05-0469 OWW*  2

PDF created with pdfFactory trial version www.pdffactory.com