Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710

Attorney for Defendant, JOSE HINOJOSA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>       Plaintiff,               )<br>                                 )<br>vs.                              )<br>                                 )<br>JOSE HINOJOSA,                   )<br>                                 )<br>       Defendants.              )<br>_____) | CASE NO. 05-00469 oww<br><br>STIPULATION AND ORDER FOR A<br>RESETTING OF SENTENCING<br>HEARING<br><br>DATE: October 10, 2006<br>TIME: 9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing for Defendant, JOSE HINOJOSA, currently set for October 10, 2006, be continued to November 6, 2006, at 9:00 a.m.

   Defense Formal Objections shall be due on or before October 16, 2006 and Government's reply to be due by November 1, 2006.

DATED: October 4, 2006     /s/ Eric K. Fogderude
                           ERIC K. FOGDERUDE
                           Attorney for Defendant, JOSE HINOJOSA


DATED: October 4, 2006     /s/ Karen Escobar
                           KAREN ESCOBAR, Assistant U.S. Attorney

# **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to November 6, 2006, at 9:00 a.m. before the Honorable Oliver W. Wanger. It is further ordered that formal objections shall be due on October 16, 2006 and Government's reply shall be due on November 1, 2006.

IT IS SO ORDERED.

**Dated:   October 5, 2006**                               **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE