1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4

5  Attorney for Defendant, JOSE HINOJOSA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-00469 oww |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A |
| vs. | ) | RESETTING OF SENTENCING |
| | ) | HEARING |
| JOSE HINOJOSA, | ) | |
| | ) | DATE: November 6, 2006 |
| Defendants. | ) | TIME: 9:00 a.m. |
| _____ | ) | Judge: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing for Defendant, JOSE HINOJOSA, currently set for November 6, 2006, be continued to November 27, 2006, at 9:00 a.m.

Defense Formal Objections shall be due on or before November 6, 2006 and Government's reply to be due by November 20, 2006.

DATED: October 16, 2006    /s/ Eric K. Fogderude
                           ERIC K. FOGDERUDE
                           Attorney for Defendant, JOSE HINOJOSA


DATED: October 16, 2006    /s/ Karen Escobar
                           KAREN ESCOBAR, Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to November 27, 2006, at 9:00 a.m. before the Honorable Oliver W. Wanger. It is further ordered that formal objections shall be due on November 6, 2006 and Government's reply shall be due on November 20, 2006.

IT IS SO ORDERED.

**Dated:   October 18, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE